TIN # 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 Pocket # 2014-M-00478. 20115015. Pod. reg. MSP, MDOC, MPIC. # 3:12-cv-399-HTW-LRA. Data conv. 3:09cv125-B-A. # 2002-KA-02122-COA. MK00-124. M00-403. 00124. L0115. 00124.



# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Western Division

reg. offenders. PIN: Bownes Ulysses # 20115015. # L0015. 10115. Ulysses Bownes Bowens Bowen L0115.

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

State of Mississippi Jim Hood, Ralph Doxey, Raymond Byrd, Emmit L. Sparkman, Christopher B. Epps, Phil Bryant and Eric Holder.

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. # 2014-184(2). # 2014-184(1). 2014-M-00478. # 2002-KA-02122-COA. MK00-124. Data. 00124. 3:12-cv-399-HTW-LRA.

*(to be filled in by the Clerk's Office)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 09 2023
ARTHUR JOHNSTON
BY ______ DEPUTY

NRA.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS / Act of 1964 / public Accommodation of 2000. (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Bownes, Ulysses. Ulysses C. Bownes. Ulysses Bownes / Ulysses Bowens / Bownes Ulysses

All other names by which you have been known: Ulysses C. Bownes / Ulysses Bowen / Bownes Ulysses

ID Number: 201155011S. 33911. Data: 1969: L0115.10115. L0015.

Current Institution: 7792: South Mississippi Correctional Institution's

Address: MDOC. MTC. Mississippi Department of Corrections. Management & Training Corporation 10641 Hwy 80 West

Meridian, MS 39307.
City, State, Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Jim Hood; Ralph Doxey; ~~Raymond Byrd~~

Job or Title *(if known)*: Attorney General; Assistant District Attorney; Marshall Co. District Attorney; ~~grand jury~~

Shield Number:

Employer: State of Mississippi

Address: 128 E. Van Dorn Avenue

Holly Springs, MS 38635
City, State, Zip Code

☒ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Emmitt L. Sparkman; Christopher B. Epps

Job or Title *(if known)*: Deputy Commissioner; Commissioner

Shield Number:

Employer: Mississippi Department of Corrections

Address: 723 north president street

Jackson, MS 39202
City, State, Zip Code

☒ Individual capacity ☒ Official capacity

2014-184(8). exhibit. 2020. 124. InmateRights. # 3:12cv399-HTW. cv2011-0011. tickets. Cons. 2008-0022-M. cv2011-037. NIMBY.



Defendant No. 3

Name: phil Bryant
Job or Title (if known): Former Governor: State of Mississippi
Shield Number:
Employer: Former Governor
Address: Legal Division P.O. Box 139
Jackson (City) MS (State) 39205 (Zip Code)

☒ Individual capacity ☒ Official capacity

Defendant No. 4

Name: Eric Holder
Job or Title (if known): U.S. ~~District~~ Attorney General
Shield Number:
Employer: united States
Address: 950 Pennsylvania Avenue, N.W.
Washington (City) DC (State) 20530 (Zip Code)

☒ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Social Security Disability Insurance. Social Security Act. Beneficiary. Social Security Admin. Social Security Supplemental Security Income (SSI). Privacy Act Statement # 2000221121.

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Beneficial. Patron. Assured. 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. 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. Assurance. Assure. Ulysses Bownes/Ulysses Bowens. legal Remedy of Redress. DCF. tickets. Ulysses Bownes/Ulysses Bowens/MSP. CCA/WCCC. Ulysses C. Bownes # Lois. Lois. MDOC. CMCF. MCCF. WGYCF. Bownes Ulysses 2011S 2011S. MTC. EMCF. 10641 Hwy 80 West Meridian, MS 39307. Cons. Bownes Ulysses # Lois. InmateRights. wrongful. Brutality. wrongs. NIMBY. cruelty. Redress. Beneficent. rights. Affluence. Code of 1972. amendment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Social Security Admin. Social Security Disability Insurance. legal Remedy of Redress. Supplemental Security Income (SSI). Social Security Act. Affluence. Privacy Act Statement. wrongful. cruelty. 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. Assurance. # 2000221121. wrongs. MCCF. DCF. WGYCF. 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. MSP. CCA/WCCC. Bownes Ulysses # Lois. Asylum. Brutality. Assure. Patron. Beneficiary. Beneficent. CMCF. Assured. # Lois 2011S Beneficial. Ulysses Bownes/Ulysses Bowens 2011S. Lois. MTC. EMCF. 10641 Hwy 80 West Meridian, MS 39307. Ulysses Bownes/Ulysses Bowens/MDOC. Ulysses C. Bownes.

Case 3:12-cv-00399-HTW-LRA Document 45 Filed 01/09/24 Page 4 of 15

exhibit 3:12cv399 2014-184(2), Data conv. 2014-M-00478, #moo-403.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Mississippi Constitution of 1890. Require: Title 47, prisons and prisoners, probation and parole Miss Code of 1972. Maintain: Bill of Rights. Mississippi tort claims Act, Section 11-46-1 et seq. 42 USCS 2000a, 2000a-1-2-3-4-5-6 et seq. Civil Rights, public accommodations. Redistricted: 42 USCA 2000ee-1, privacy and civil Liberties officers. Social Security Disability Insurance: Supplemental Security Income (SSI). Social Security Act, Privacy Act Statement.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Social Security Admin. Assurance. Assure. legal Remedy or Redress. Security Admin: CCA.

Beneficent. Beneficial. #2000221121. Asylum: #096571. Patron.

Ulysses Bownes/Ulysses Bowens. 123/127 E. Wilson Ave. Ulysses Bownes/Ulysses Bowens/Holly Springs, MS 38635-053. 121. SSA. SSI. Ulysses C. Bownes. 108 E. Wilson Ave. Holly Springs, MS 38635. American plastic Toys Inc. Holly Springs, MS 38635. Brutality. Affluence. Assured. Henley, Lottesho's & Henley, P.O. Box 389 Jackson, MS 39205. Beneficiary. Ulysses Bowen, 160 S. Memphis St. Holly Springs, MS 38635. Wrongs. Wrongful. Cruelty. Administrative Remedy Program.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [x] Civilly committed detainee
- [x] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [x] Other *(explain)* Affluence. MKMK 00-124 Jury trial-criminal case Guilty verdict. State prisoner Commitment; Human Rights Act. Data conv.

EMCF, MTC, 10641 Hwy 80 West Meridian, MS 39307. MOOC. Bownes Ulysses #20115011 5. L0015. Beneficent. Beneficial. 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. 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. Assurance. Assure. Assured. Patron. Social Security Admin. Privacy Act Statement. Wrongful.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Privacy Act Statement. Social Security Disability Insurance. Supplemental Security Income (SSI). Bench Warrant. Patron. Beneficiary. Beneficial. Beneficent. Patron.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Succor's. Assurance. Assure. Assured. Redress. Redress. legal Remedy. Wrongful. Def.

Ulysses Bownes/Ulysses Bowens, MSP. Bownes Ulysses #L0115, of Mississippi. Brutality. Social Security Act. Ulysses Bownes/Ulysses Bowens/20015. Social Security Act. Ulysses C. Bownes #L0115. 50115. 20115. Koo-124. Court. Hwy 80 West Meridian, MS 39307. 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. Ulysses Bownes/Ulysses Bowens #20115011 5. L0015. MOOC. MTC. EMCF. CMCF, MSP, CCA/WCCC. MCCF. Wrongs. Cruelty. WGYCF. Social Security Disability Insurance. Supplemental Security Income (SSI).

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. Assurance.

#moo-403. Succor's. Patron. Beneficiary. Assured. Successions.

Mississippi Department of Corrections. Ulysses Bownes/Ulysses Bowens, 123/127 E. Wilson Ave. Holly Springs, MS 38635. Beneficent. American plastic Toys Inc. Holly Springs, MS 38635. 128 E. Van Dorn Holly Springs, MS 38635. Redress. Henley, Lottesho's & Henley, P.O. Box 389 Jackson, MS 39205. 160 S. Memphis St. Holly Springs, MS 38635. Ulysses Bownes/Ulysses Bowens, 819 West St. Holly Springs, MS 38635. legal Remedy or Redress. 108 E. Wilson Ave. Holly Springs, MS 38635. Wrongful. Cruelty. Ulysses C. Bownes. Brutality. Wrongs. Administrative Remedy Program.

Case 3:12-cv-00399-HTW-LRA Document 1 Filed 06/08/23 Page 5 of 15

Bownes Ulysses Lo115. Loo15. 399 Final Notice. 2011550115. exhibit. 2014-1640(1)(f). 861 So.2d. 2014-M-00478. 3:07cv125-B-A. 3:12cv399-HTW-LRA. 4:06cv194-P-D. NAB. NBS. # 1042000000; 03099322168 00024213. 2006-CP-01723. COA. M-2006-168. NAACP. nab. nabob.



C. What date and approximate time did the events giving rise to your claim(s) occur? October 7, 2014. November 30, 2017. February 21, 2000, Life. August 28, 2017. March 11, 1969. March 2nd 2016. February 25, 2002. February 26, 2002. Wrongful 1988 thru 2000. Brutality. 11-23-2022. September 20, 2017. October 10, 2014: March 2nd 2016. August 16, 2012. February 22, 2000. Wrongs. May 7, 2013. Bownes Bowens v. State 861 So.2d 1061, 2003 Miss. App. Data Conv.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* claim to ask ... Wrongful. to take. Ulysses Bownes/Ulysses Bowens. MSP. CMCF. MCCF. OCF. WGYCF. Cruelty. Ulysses Bownes/Ulysses Bowens/ MDOC. EMCF. CCA/WCCC. MTC. Ulysses C. Bownes, # L0115, L0015. 10641 Hwy 80 West Meridian, MS 39307. Bownes Ulysses 2011550115. nab. nabob. NAACP. Con. Wrongs. tract of law. Brutality. NAB. NBS. Act. Claimant a person making a claim. 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. 1200021121. Statement. MCO-403. Beneficial. Social Security Admin. Transitory. Privacy Act. Bench Warrant. Beneficiary. Assurance. Assured. Beneficent. Assure. Patron. legal Remedy or Redress. Administrative Remedy Program.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Beneficiary. Hurt. Harm. Harsh. Subpoena. WCCF. Ulysses Bownes/Ulysses Bowens. 123/127 E. Wilson Ave. Raymond Byrd Facility. Ulysses Bownes/Ulysses Bowens/ Holly Springs, MS 38635. Bench Warrant. Ulysses C. Bownes. 108 E. Wilson Ave, Holly Springs, MS 38635. OWE. OPS. Comm. Repeal. MDOC. Cruelty. Brutality. American Plastic Toys Inc, Holly Springs, MS 38635. Asylum. Wrongful. Beneficial. Henley Lotterhos & Henley, P.O. Box 389 Jackson, MS 39205. Social Security Act. MCO-403. Ulysses Bownes, 160 S. Memphis St. Holly Springs, MS 38635. Code of 1972. Beneficent. Restoration of Civil Rights. Inhumanity. Pardon Request. Income (SSI). Patron. Autopsy. Twitter Blue. Affluence. Wrongs. Social Security Admin. Pain. Pardon. Remedies. Mischief. Data Conv. Tort. # 3:07cv125-B-A. Wrong. Injustice.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Rehab. Reimburse. Abundant. Wrongs. Redresses. Forfeit. Patron. Beneficent. Affluence. Redress, Reparation, Indemnity, Compensation. Beneficial. Amends. Medicinal Marijuana Dispensaries. Pardon. Beneficiary. Restitution. Social Security Disability Insurance. Assurance. Dismissal. Supplemental Security Income (SSI). Assure. Assured. Transfers. Social Security Admin. Act. Remedies. Ulysses Bownes/Ulysses Bowens. MSP. CMCF. MCCF. OCF. Releases. Ulysses Bownes/Ulysses Bowens/ MDOC. MTC. EMCF. CCA/WCCC. WGYCF. Ulysses C. Bownes, # L0115, L0015. 10641 Hwy 80 West Meridian, MS. Pardon Request, Clemency. 2011550115. 39307. Restoration of Civil Rights. Bownes Ulysses # L0115. $20,000,000 +. legal remedy or Redress. Commutation of Sentence. Ulysses Bownes Bowens # L0115. Wrongful. Administrative Remedy program.

NAACP, MX #1914725. 2008-0022-M MDOC - RVR #1915200. 3:12cv399-HTW-LRA. MK00-124. CV 2011-001. ACLU of Mississippi CV 2011-037. Data. CMCF, 2014-M-00478. L0015. NRA. Motive.

## VII. Exhaustion of Administrative Remedies Administrative Procedures/Act.

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

CMCF. DCF. WGYCF. EMCF. MDOC. MSP. CCA/WCCC.
Central MS Correctional Facility; Management of Training Corp. MTC.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☒ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Maintains
Supreme Court of Mississippi/Court of Appeals of the State of Mississippi.

3:14-184(1): exhibit, Bownes, Ulysses L0115. IRS. #9397. #3882.9031. 3:12-cv-391. #4:06cv194-P-D. 2002-KA-02122-COA. MK00-124. MTC. EMCF. PIN. Data. SMCI. Ulysses Bownes L0115.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 11, 1969. November 16, 2022. #4:06cv194-P-D.

Signature of Plaintiff: Bownes Ulysses. Ulysses Bownes/Ulysses Bowes/Ulysses C. Bownes Bowen

Printed Name of Plaintiff: Ulysses Bownes/Ulysses Bowes/Ulysses C. Bownes Bowen

PIN – Prison Identification # MDOC, MSP: L0115. 20115 50115. 10115 L0015. #3391.

Prison Address: MPIC. Mississippi Department of Corrections. MDOC. MTC. Hwy 80 West 10641

Meridian, MS 39307

City State Zip Code

### B. For Attorneys

Date of signing: Dec. 13, 2022.

Signature of Attorney: Ulysses Bownes/Ulysses Bownes/Ulysses C. Bownes. Bownes Ulysses L0115 50115

Printed Name of Attorney: Bownes Ulysses

Bar Number: L0115, #50115, #3391.

Name of Law Firm: MSP. Mississippi Department of Corrections. MTC. EMCF. EMCF.

Address: 10641 Hwy 80 West/P.O. Box 4217

Meridian, MS 39307/39304.

City State Zip Code

Telephone Number: (601) 485-5255

E-mail Address

MDOC. CMCF. #2014-184(2). #2014-184(1). #2002-KA-02122-COA. MSP. 2014-M-00478. #2008-0022-M. MK00-124. Data. 00124. 3:12cv399-HTW-LRA. Certification and closing.

C. For Attorneys:

Date of Signing: ____

Signature of Attorney: ____

Printed Name of Attorney: Darren Baughn

Bar number: ____

Name of Law Firm: special Assistant Attorney General.

Address: post office Box 36 parchman, MS 38738.

Telephone Number: ____

E-Mail Address: ____

D. For Attorneys:

Date of Signing: ____

Signature of Attorney: ____

Printed Name of Attorney: James M. Sim Norris

Bar number: #3882.

Name of Law Firm: special Assistant Attorney General

Address: post office Box 36 parchman, MS 38738.

Telephone number: (662)-745-6611-2308.

E-Mail Address: (662) 745-29 59.

# 2014-184(2) 2014-M-00478. 3:12cv319-HTW-LRA. Data. SMCI. # 2000221121. Pow. 2002-KA-02122-COA. MKDO-124. 00124.

E. For Attorneys; Certification and Closing.

Date of Signing: ____

Signature of Attorney: ____

printed Name of Attorney: Cliff Johnson

Bar number: ____

Name of Law Firm: Attorney at Law.

Address: 775 North Congress Street Jackson, MS 39202

Telephone number: (601) 354-2121

E-Mail Address: ____

Date of Signing: ____

Signature of Attorney: ____

printed Name of Attorney: Kent E. Smith

Bar number: # 9031.

Name of Law Firm: Attorney at Law

Address: 120 East College Avenue Holly Springs, MS 38635-849.

Telephone number: (662) 252-3003

E-Mail Address: (662) 252-3006

* 2014-184(1)(2). 3:12cr399-HTW-LRA.
2014-M-00478.

Certification and Closing.

For Attorneys:

Date of Signing: ______

Signature of Attorney's: ______

Printed Name of Attorney's: Robert Peirce

Bar Number:

Name of Law Firm: Robert peirce & Associates, P.C.

Address: 2500 Gulf Tower Pittsburgh, PA 15219-1918.

Telephone Number: 412-281-7229.

E-Mail Address: 412-281-4229: 1-800-543-9859.

# 309928168 ...

2014-M-00478.

...-3-A. Data: 2014-184(2)(f).

AO 241 (Rev. 06/13)

309928168 00024217. 3:12cv399-HTW-LRA. Data

Page ...

16. Give the name and ~~address, if you know, of each~~ attorney who represented you in the following stages of the judgment you are ~~challenging~~: #3882. Darrell Baughn, Special Assistant Attorney's General, James M. Jim Norris, Post office Box 36 Parchman, MS 38738.

(a) At preliminary hearing: Thomas C. Levidiotis' Attorney & Counselor at Law, P.O. Box 1617 Oxford, MS. 38655.

(b) At arraignment ~~and plea~~: Jim Hood, Attorney's General, et al. P.O. Box 220 Jackson, MS. 39205. Joseph M. Barrett P.O. Box 148 Oxford, MS. 38655. James M. Jim Norris, et al. Darrell Baughn, Attorney's General, P.O. Box 36 Parchman, MS. 38738. #3882

(c) At trial: Kent E. Smith, et al. P.O. Drawer 849 Holly Springs MS. 38635. Darrell Baughn, James M. Jim Norris, Attorney, P.O. Box 36 Parchman, MS 38738. #3882.

(d) At sentencing: Kent E. Smith, et al. P.O. Drawer 849 Holly Springs MS. 38635. James M. Jim Norris, P.O. Box 36 Parchman, MS 38738 #3882. Darrell Baughn,

(e) On appeal: Thomas C. Levidiotis' Attorney & Counselor at Law, P.O. Box 1617 Oxford, MS. 38655, et al

(f) In any post-~~conviction proceeding~~: Ulysses Bownes #50115, et al; State of Mississippi. petitioner's

(g) On appeal from any ruling against you in a post-conviction proceeding: Ulysses Bownes a/k/a Ulysses Bowens a 50115, MTC-EMCF 10641 Hwy 80 West Meridian, MS 39307. Petitioner's Darrell Baughn, P.O. Box 36 Parchman, MS 38738. James M. Jim Norris, Special Assistant Attorney's General. #3882.

17. Do you have any ~~future sentence~~ to serve after you complete the sentence for the judgment that you are challenging? ☑ Yes ☑ No

(a) If so, give name ~~and location of court that~~ imposed the other sentence you will serve in the future: Coup detat Phil Bryant

Court of ... Marshall County Circuit Court P.O. Box 459 Holly Springs, MS. 38635.

(b) Give the date the other sentence was imposed: 3-25-2002

(c) Give the len~~gth of the other sentence~~: Life open

(d) Have you ~~filed, or do you plan to file,~~ any petition that challenges the judgment or sentence to be served in the future? ☑ Yes ☑ No

18. TIMELINESS OF ~~PETITION~~: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* vs. U.S. Gaines So ordered and Adjudged, this the 2nd day of March, 2016. Cause No. 2014-184(b) To The State of Mississippi legal Remedy or Redress. Capias October 10, 2014. Phil Bryant State of Mississippi November 30, 2017. not Guilty. #MK00124; Data: To the Sheriff of Marshall County Greetings We Command You to take the body of; wrongful. September 20, 2017. Ulysses Bownes/Ulysses Bowens #50115. 201155 50115. 10641 Hwy 80 West Meridian, MS 39307. Bownes Ulysses L0015. Wrong's. Administrative Remedy Program.

#2014-184(P); 2003-KA-02122; 2014-M-00778 M-Koo-124 Data. M-Koo-124. 3:13cv326-TSL-JMR. #2014-184(P).

AO 241 (Rev. 06/13)

Page 15

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Administrative Remedy program; Release Act; Mississippi Uniform Wrongful Post-Conviction Collateral Relief Act; Robert T. Stafford Disaster Relief and Emergency Assistance Act; Not Guilty; Wrongful Redresses; $48,000,000; Affluence; Rehab; Pardon Request; Subpoena; legal Remedy or Redress; Remedies; Releases;

or any other relief to which petitioner may be entitled. Bill of Rights; Corporations; Education; Miscellaneous; Amendment to the Constitution; Boundaries of the State; The penitentiary and Prisons; Franchise; Judicial; Bowens Ulysses; U.S.; State of Mississippi; Thomas C. Levidiotis; Phil Bryant; etal; Ulysses Bowens/Ulysses C. Bowens; Steven Pickett Parole Board chairman; Thomas C. Levidiotis etal; Palicia Hatt; Lucy Carpenter Interim commissioners; Betty W Sephton Supreme Court; Marshall Co Circuit Court; Ulysses Bowens 15011S, etal; Petition for Relief from a Conviction or Sentence by a person in State Custody.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 10/1/2014 (month, date, year).

Executed (signed) on 10/1/2014 3/2/16 (date). March 2, 2016; Oct. 5, 2017; January 6, 2004; Dec. 16, 2003.

State of Mississippi; Ulysses Bowens; Thomas C. Levidiotis, etal; Bowens Ulysses; Ulysses Bowens/Ulysses C. Bowens; Ulysses Bowens 15011S etal; #20015; 2011S; #15011S; 0050115; 150115; 1005011S.

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

U.S.

State of Mississippi.

2014-184(P).

Data. 2014-184(2)
2014-M-00478.
3:12cv399-HTW-LRA.

II.

**Concise Statement of the Claims or Grounds Upon Which Motion is Based**

Petitioner bases his Post-Conviction Motion on the following Federal and State Constitutional claims and asserts that he is entitled to relief based upon each such ground:

1. Data. 1.03 Post orders: Civil Action File No. M00-403. Wrongful. "Standard" Service Station. Wrong's Administrative Remedy Program. Court of Appeals: 2002-KA-02122-COA; 2006-CP-01723-COA. Not Guilty. Case No. 2014-M-00478(2). legal Remedy or Redress.
2. 25-05-A Responsibility of Health Authority: MCA 47-5-801, Authority to adopt Administrative review procedure. MCA 47-5-803. Procedure Constitutes Administrative
3. remedies available to offenders for purpose of preserving Cause of Action against State. MCA 47-5-805. Application of procedures to pending lawsuits.
4. MCA 47-5-807, Judicial review of Agency decision. Cause No. 2014-184(2) Data. MCA 99-39-7, Filing of motions. Miss. Code Ann. 99-39-5(a),

(a) Ground: That the Conviction or the Sentence was imposed in violation of the Constitution of the United States or the Constitution or laws of Mississippi.

Supporting facts: Cause No. Data: 2014-184(2), Case No. 2014-M-00478. M00-403. 2002-KA-02122-COA.

# 3099 28168 000 24213.
3099 28168 000 24214.
# 2006-CP-01723-COA.
M-2006-168.
Data.
# 2014-184(B)(1).
# 2014-M-00478.
3:12cv399-HTW-LRA.

V.

Darrell Baughn, Special Assistant Attorney General P.O. Box 36 Parchman, MS 38738.

**Identity of Any Previous Proceedings in State or Federal Court That Petitioner has Taken to Secure Relief from His Conviction or Sentence**

Cause No. 2014-184(B): Data. Redress. Rehab.

1. 27.09 Offender Benefits Assistance for Medicaid.

Case No. 2014-M-00478. Wrongs. Affluence: Wrongful.
27.03 Release of Offenders. legal Remedy or Redress.
Court of Appeals # 2002-KA-02122-COA; 2006-CP-01723-COA.

2. 27.01 Parole Board Releases. Administrative Remedy Program.

Civil File No. M00-403.
27.04 Release of Sex Offenders. Releases. Not Guilty.
Miss. Code Ann. 99-39-7, Filing of Motions.

3. 27.06 Offenders Escorted / Emergency Leave.

28 USCS 2254. State Custody, remedies in Federal Courts.
27.05 International Extradition of MDOC Offenders.
27.02 Offender Pre-Release Preparation.
Post-Conviction Collateral Relief.

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully requests that this Honorable Court enter and Order requiring the State to file an Answer or other Pleading as to take any other action as the Judge deems appropriate, including, but not limited to, the appointment of Counsel.

Respectfully Submitted,

Ulysses Bownes Bowens
Petitioner 2011S.
L0115. S0115. L0015.
MDOC #
EMCF 10641 US-80 West
Address
Meridian, MS 39307.
Address

#3:12cv399-HTW-LRA.
2014-184(2)(1).
2014-M-00478.

Certificate of Service

This is to Certify that I, the undersigned, have this day and date Mailed, via united states Mail, postage pre-paid, a true and Correct copy of the foregoing and Attached Instruments to the following:

J.T. Noblin, clerk's
U.S. District Court
P.O. Box 23552
Jackson, MS 39225

Supreme Court clerk's
P.O. Box 249
Jackson, MS 39205.

Monique Bell
Circuit Court clerk's
P.O. Box 459
Holly springs MS 38635

This the 20 Day of December, 2022.

Ulysses Bownes Bowens #L0115
50115
EMCF/MTC/MDOC/MSP.
10641 Hwy 80 West
Meridian, MS 39307