IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ULYSSES BOWNES, #L0115                                                    PLAINTIFF

v.                                                  CIVIL ACTION NO. 3:23-cv-115-HTW-LGI

STATE OF MISSISSIPPI, ET AL.                                             DEFENDANTS

## FINAL JUDGMENT

In accordance with the Court's Order Denying *In Forma Pauperis* Status and Dismissing Case entered this date and incorporated herein by reference,

IT IS, HEREBY ORDERED AND ADJUDGED that, this § 1983 civil action is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED AND ADJUDGED**, this the 7th day of March, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE